**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 96-1541

———————

SHELVIE J. BLANSETT,

Plaintiff - Appellant,

Versus

IREDELL-STATESVILLE BOARD OF EDUCATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Carl Horn, III, Chief Magistrate Judge. (CA-94-42-5-H)

———————

Submitted: May 20, 1997          Decided: May 30, 1997

———————

Before WIDENER, HALL, and MURNAGHAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shelvie J. Blansett, Appellant Pro Se. Allison Brown Schafer, Debra Smith Sasser, THARRINGTON, SMITH, L.L.P., Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order[*] dismissing this employment discrimination action because of Appellant's fraud upon the court. We have reviewed the record and the opinion of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Blansett v. Iredell-Statesville Bd. Of Educ.</u>, No. CA-94-42-5-H (W.D.N.C. Mar. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] A magistrate judge conducted the proceedings in accordance with 28 U.S.C. § 636(c)(1) (1994).